# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Joseph Emerson, | ) CASE NO.   3:20-cv-1634 |
| Plaintiff, | ) JUDGE |
| v. | ) |
| | ) **NOTICE OF REMOVAL** |
| Eric Smith, FBI Head, | ) |
| Defendant. | ) |

NOW COMES Federal Defendant, by and through Justin E. Herdman, United States Attorney for the Northern District of Ohio, and Angelita Cruz Bridges, Assistant United States Attorney, and respectfully gives notice to the Court of the following:

1. Plaintiff Joseph Emerson, pro se (hereinafter "Plaintiff") named Federal Special Agent in Charge ("SAC") Eric Smith, of the Federal Bureau of Investigation ("FBI") Cleveland Office, as Defendant in his official capacity in the above-captioned civil action which is now pending in the Toledo Municipal Court, Civil Division, Lucas County, Ohio, captioned *Joseph Emerson v. Eric Smith, FBI Head*, CVI-20-07431.   There has been no trial in that action.   Copies of all process, pleadings, and orders served on the FBI are attached to this Notice of Removal as Exhibit A.[1]

2. The FBI, Cleveland office, was first served with a copy of the summons and small claims complaint in the Toledo Municipal Court action on or about July 14, 2020.   Thirty (30)

---

[1] The exhibits attached to Plaintiff's Small Claims Complaint were not served on the FBI, however, copies of the exhibits were obtained from the Clerk of the Toledo Municipal Court by the U.S. Attorney's Office and are also attached as Exhibit A.

days have not expired since service on the FBI of a copy of the initial pleading, filed on July 6, 2020. Therefore, this Notice of Removal is timely filed in accordance with the provisions of 28 U.S.C. § 1446(b).

3. Defendant is a federal agent, the SAC of the Cleveland FBI, and is being sued by Plaintiff as the "FBI Head" for actions taken while acting under the color of office. (Ex. A, Small Claims Complaint.) Plaintiff Emerson states: "I filed lawsuit against FBI now court of Appeals. Each Head continues games no matter who changes. I want this Head sued and removed as also tampers with mail."

4. A federal officer, or a person acting under the direction of a federal officer, is entitled to removal under 28 U.S.C. § 1442(a)(1) whenever a civil action or criminal prosecution is commenced against him "for or relating to any act under color of such office[.]" The "color of office" test is satisfied if there is a "causal connection" between the charged conduct and asserted official authority, *Willingham v. Morgan,* 395 U.S. 402, 409 (1969). It is sufficient for Defendant to show that his relationship with Plaintiff derives solely from his official duties. *Id*.

5. Plaintiff's claims, although difficult to understand, relate to actions by Defendant under color of office, and his allegations establish a causal connection between Defendant's performance of official duties as a federal officer and Plaintiff's civil action. Plaintiff's Complaint establishes causal connection by stating: "Each Head continues games no matter who changes. …" thereby tying the performance of official duties as FBI SAC to his civil action. (Ex. A.)

6. In addition, Defendant is entitled to a defense of qualified immunity under federal law. *See Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982)("government officials performing discretionary functions generally are shielded from liability for civil damages insofar as their conduct does not violate clearly established statutory or constitutional rights of which a reasonable person would have known.") That federal law defense provides jurisdictional grounds for the

removal of this action to federal court under 28 U.S.C. § 1442(a)(1). *See Mesa v. California*, 489 U.S. 121, 129 (1989).

WHEREFORE, based on the above, this action is hereby removed under 28 U.S.C. § 1442(a)(1).

Respectfully submitted,

JUSTIN E. HERDMAN
UNITED STATES ATTORNEY

*s/ Angelita Cruz Bridges*
Angelita Cruz Bridges (0072688)
Assistant United States Attorney
Four Seagate, Suite 308
Toledo, OH 43604-2624
Voice: 419-259-6376
Fax: 419- 259-6360
Angelita.Bridges@usdoj.gov

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 24, 2020, a copy of the foregoing *Notice of Removal* was mailed via regular U.S. mail or FedEx, to:

Joseph Emerson
P.O. Box 13
Toledo, OH 43601

*s/ Angelita Cruz Bridges*
Angelita Cruz Bridges (0072688)
Assistant United States Attorney
