UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joseph Emerson,                                        Case No. 3:20 CV 1634

          Plaintiff,                                   JUDGE JAMES G. CARR

     v.

Federal Bureau of Investigation,                       <u>JUDGMENT ENTRY</u>

          Defendant.

      For the reasons stated in the Court's Memorandum of Opinion, this action is dismissed.  The Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.  Further, Plaintiff is permanently enjoined from filing additional actions or prosecuting actions removed from state court unless he first requests and is granted leave in accordance with the terms set forth in the Court's Memorandum of Opinion.

                                       s/James G. Carr
                                   _____
                                   JAMES G. CARR
                                   SR. UNITED STATES DISTRICT JUDGE